*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

RICHARD C. HOWARD and RITA A. HOWARD,

        Plaintiffs-Appellees,

v

JOSEPH WINSTON,

        Defendant-Appellant.

UNPUBLISHED
April 23, 2026
1:45 PM

No. 369306
Grand Traverse Circuit Court
LC No. 2022-036101-CH

Before: LETICA, P.J., and BORRELLO and RICK, JJ.

RICK, J. (*concurring*).

I write separately to concur in the result only. In this appeal of right, the underlying record left little to nothing that could convince this Court to disrupt the trial court's determination.

/s/ Michelle M. Rick